IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRANNON DEON PARSONS,          :

    Plaintiff,          :

vs.          :          CIVIL ACTION  13-0181-WS-C

ESCAMBIA COUNTY DETENTION          :
CENTER, et al.,

    Defendant(s).          :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 26, 2013, is **ADOPTED** as the opinion of this Court.

DONE this 24th day of July, 2013.

                      s/WILLIAM H. STEELE
                      CHIEF UNITED STATES DISTRICT JUDGE